UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LAPACA JEFFERSON,**

Plaintiff,

v.                                                    **No. 4:21-cv-1141-P**

**AARON DEAN, ET AL.,**

Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on November 1, 2021 (ECF No. 5):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **1st day** of **November, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE